UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TOTEM FOREST PRODUCTS, )<br>INC., & TOTEM STEEL )<br>INTERNATIONAL, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>T & D TIMBER PRODUCTS, LLC, )<br>)<br>Defendant. ) | 2:17-cv-00070-JDL |

**ORDER ON PLAINTIFFS' MOTION FOR ATTACHMENT AND TRUSTEE PROCESS**

Plaintiffs Totem Forest Products, Inc. and Totem Steel International, Inc. moved for attachment and trustee process against Defendant T&D Timber Products, LLC, based on evidence offered under 28 U.S.C. § 1746.  ECF No. 17.  Notice was given to the Defendant, and no timely response having been filed, the Court finds that it is more likely than not that the Plaintiffs will recover judgment against the Defendant in an amount equal to or greater than $2,237,040.00.  The Defendant also has not made a showing as to the existence or value of any liability insurance, bond, other security, other property or credit attached by other writ of attachment or trustee process available to satisfy a judgment against the Defendant in this action.

It is therefore ordered that Plaintiffs' motion (ECF No. 17) is **GRANTED**, and attachment and trustee process is made against the Defendant's property in an amount of $2,237,040.00.

**SO ORDERED.**

Dated this 21st day of March 2017.

                                                          **/s/ JON D. LEVY**
                                                        **U.S. DISTRICT JUDGE**